### NICHOLS v. SHERMAN & FOOT.

Daughters' husbands, not liable to the support of their wives' parents.

THIS cause was entered in this court, upon a reversal of the judgment of the County Court, upon an application to the County Court; showing that one old Mr. Hird was become impotent and poor and unable to support himself, and that said Sherman and Foot's wives were the daughters of said Hird, and of ability to contribute towards his support; and praying that Sherman and Foot may be compelled to make contribution for his support.

Plea in abatement — That their wives never received anything from the estate of their said father Hird, and that they are only sons by marriage, and are not liable by law to contribute to the support of said Hird.

Judgment — Plea sufficient; as a point which has been long settled. Kirby's Rep. 155, Mack v. Parsons et al. See Sherman et al. v. Nichols, Fairfield January Term, A. D. 1791.